## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

|                                        |     |                               |
|----------------------------------------|-----|-------------------------------|
| **SINGH STINDERBAL,**                  | :   |                               |
| **Petitioner,**                        | :   |                               |
| **v.**                                 | :   | **CIVIL ACTION 06-0616-CG-M** |
| **ALBERTO GONZALES,**                  | :   |                               |
| **MICHAEL CHERTOFF,**                  |     |                               |
| **WARDEN DAVID O. STREIFF,**           | :   |                               |
| **Respondents.**                       | :   |                               |

### JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed

pursuant to 28 U.S.C. § 2241, is due to be **DISMISSED** as moot.

**DONE and ORDERED** this 22nd day of January, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE